AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 1 | DATE FILED 07/18/2024 | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br>Playboy Enterprises International, Inc. | | DEFENDANT<br>Stellar Associates Inc. d/b/a Stellar Collectibles, Xandebay LLC, Michael Schreiber, The Card Shop d/b/a Scifi Cards, and Edward Webb III |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | SEE ATTACHMENT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 5423595<br>SN: 86043101 | March 13, 2018 | Playboy Enterprises International, Inc. |
| RN: 4973564<br>SN: 86098253 | June 7, 2016 | Playboy Enterprises International, Inc. |
| RN: 6901231<br>SN: 97319153 | November 15, 2022 | Playboy Enterprises International, Inc. |
| RN: 3749284<br>SN: 77774977 | February 16, 2010 | Playboy Enterprises International, Inc. |
| RN: 4280121<br>SN: 77834415 | January 22, 2013 | Playboy Enterprises International, Inc. |
| RN: 3959511<br>SN: 85005409 | May 10, 2011 | Playboy Enterprises International, Inc. |
| RN: 0874451<br>SN: 72292374 | August 5, 1969 | Playboy Enterprises International, Inc. |
| RN: 0689431<br>SN: 72034559 | December 8, 1959 | Playboy Enterprises International, Inc. |
| RN: 0645386<br>SN: 72016694 | May 14, 1957 | Playboy Enterprises International, Inc. |
| RN: 0755301<br>SN: 72160485 | August 27, 1963 | Playboy Enterprises International, Inc. |
| RN: 0791734<br>SN: 72193952 | June 29, 1965 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 4560637<br>SN: 85382793 | July 1, 2014 | Playboy Enterprises International, Inc. |
| RN: 4475537<br>SN: 85306987 | January 28, 2014 | Playboy Enterprises International, Inc. |
| RN: 4886163<br>SN: 85528344 | January 12, 2016 | Playboy Enterprises International, Inc. |
| RN: 5182173<br>SN: 86585776 | April 11, 2017 | Playboy Enterprises International, Inc. |
| RN: 5138230<br>SN: 86645608 | February 7, 2017 | Playboy Enterprises International, Inc. |
| RN: 5392230<br>SN: 86663688 | January 30, 2018 | Playboy Enterprises International, Inc. |
| RN: 5932223<br>SN: 86819271 | December 10, 2019 | Playboy Enterprises International, Inc. |
| RN: 5210800<br>SN: 87037226 | May 23, 2017 | Playboy Enterprises International, Inc. |
| RN: 6042869<br>SN: 87224012 | April 28, 2020 | Playboy Enterprises International, Inc. |
| RN: 5991809<br>SN: 87921650 | February 18, 2020 | Playboy Enterprises International, Inc. |
| RN: 5997840<br>SN: 88031257 | February 25, 2020 | Playboy Enterprises International, Inc. |
| RN: 5945210<br>SN: 88031247 | December 24, 2019 | Playboy Enterprises International, Inc. |
| App. No./Reg. No. | Registration Date | Owner |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 5638682<br>SN: 87405839 | December 25, 2018 | Playboy Enterprises International, Inc. |
| RN: 5938488<br>SN: 87477700 | December 17, 2019 | Playboy Enterprises International, Inc. |
| RN: 1328611<br>SN: 73341544 | April 2, 1985 | Playboy Enterprises International, Inc. |
| RN: 1320822<br>SN: 73264124 | February 19, 1985 | Playboy Enterprises International, Inc. |
| RN: 2921658<br>SN: 78252559 | January 25, 2005 | Playboy Enterprises International, Inc. |
| RN: 3115167<br>SN: 78478179 | July 11, 2006 | Playboy Enterprises International, Inc. |
| RN: 3406607<br>SN: 78540640 | April 1, 2008 | Playboy Enterprises International, Inc. |
| RN: 3624653<br>SN: 78540643 | May 19, 2009 | Playboy Enterprises International, Inc. |
| RN: 3140250<br>SN: 78515459 | September 5, 2006 | Playboy Enterprises International, Inc. |
| RN: 3242491<br>SN: 78946730 | May 15, 2007 | Playboy Enterprises International, Inc. |
| RN: 3332171<br>SN: 78828617 | November 6, 2007 | Playboy Enterprises International, Inc. |
| RN: 0600018<br>SN: 71664940 | December 28, 1954 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 0676726<br>SN: 72051788 | April 7, 1959 | Playboy Enterprises International, Inc. |
| RN: 1040491<br>SN: 73065847 | June 1, 1976 | Playboy Enterprises International, Inc. |
| RN: 0871552<br>SN: 72286817 | June 24, 1969 | Playboy Enterprises International, Inc. |
| RN: 1886578<br>SN: 74400744 | March 28, 1995 | Playboy Enterprises International, Inc. |
| RN: 2635849<br>SN: 75689731 | October 15, 2002 | Playboy Enterprises International, Inc. |
| RN: 2412958<br>SN: 75584965 | December 12, 2000 | Playboy Enterprises International, Inc. |
| RN: 2445179<br>SN: 75754882 | April 17, 2001 | Playboy Enterprises International, Inc. |
| RN: 2632523<br>SN: 76005003 | October 8, 2002 | Playboy Enterprises International, Inc. |
| RN: 2469441<br>SN: 76020905 | July 17, 2001 | Playboy Enterprises International, Inc. |
| RN: 2719886<br>SN: 76263882 | May 27, 2003 | Playboy Enterprises International, Inc. |
| RN: 3187723<br>SN: 76442353 | December 19, 2006 | Playboy Enterprises International, Inc. |
| RN: 3500652<br>SN: 77092211 | September 16, 2008 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 2978139<br>SN: 78070069 | July 26, 2005 | Playboy Enterprises International, Inc. |
| RN: 3370451<br>SN: 78747692 | January 15, 2008 | Playboy Enterprises International, Inc. |
| RN: 2107294<br>SN: 75194996 | October 21, 1997 | Playboy Enterprises International, Inc. |
| RN: 3375828<br>SN: 77215527 | January 29, 2008 | Playboy Enterprises International, Inc. |
| RN: 4871282<br>SN: 86198220 | December 15, 2015 | Playboy Enterprises International, Inc. |
| RN: 5997751<br>SN: 87960799 | February 25, 2020 | Playboy Enterprises International, Inc. |
| RN: 5317383<br>SN: 86312377 | October 24, 2017 | Playboy Enterprises International, Inc. |
| RN: 1393914<br>SN: 73563849 | May 20, 1986 | Playboy Enterprises International, Inc. |
| RN: 5301904<br>SN: 86506030 | October 3, 2017 | Playboy Enterprises International, Inc. |
| RN: 0984548<br>SN: 72238954 | May 21, 1974 | Playboy Enterprises International, Inc. |
| RN: 1908471<br>SN: 74522307 | August 1, 1995 | Playboy Enterprises International, Inc. |
| RN: 2260234<br>SN: 75250901 | July 13, 1999 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 5822553<br>SN: 87727218 | July 30, 2019 | Playboy Enterprises International, Inc. |
| RN: 6034692<br>SN: 88161812 | April 14, 2020 | Playboy Enterprises International, Inc. |
| RN: 6034691<br>SN: 88161793 | April 14, 2020 | Playboy Enterprises International, Inc. |
| RN: 4380765<br>SN: 85477733 | August 6, 2013 | Playboy Enterprises International, Inc. |
| RN: 4495246<br>SN: 85477724 | March 11, 2014 | Playboy Enterprises International, Inc. |
| RN: 4384747<br>SN: 85477727 | August 13, 2013 | Playboy Enterprises International, Inc. |
| RN: 5638285<br>SN: 86819325 | December 25, 2018 | Playboy Enterprises International, Inc. |
| RN: 2190905<br>SN: 75344894 | September 22, 1998 | Playboy Enterprises International, Inc. |
| RN: 3341456<br>SN: 78755568 | November 20, 2007 | Playboy Enterprises International, Inc. |
| RN: 0661391<br>SN: 72020267 | May 6, 1958 | Playboy Enterprises International, Inc. |
| RN: 1691469<br>SN: 74146496 | June 9, 1992 | Playboy Enterprises International, Inc. |
| RN: 4983730<br>SN: 86220768 | June 21, 2016 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 6620150<br>SN: 90555513 | January 18, 2022 | Playboy Enterprises International, Inc. |
| RN: 4361827<br>SN: 85322773 | July 2, 2013 | Playboy Enterprises International, Inc. |
| RN: 5624254<br>SN: 87845530 | December 4, 2018 | Playboy Enterprises International, Inc. |
| RN: 4315825<br>SN: 85552060 | April 9, 2013 | Playboy Enterprises International, Inc. |
| RN: 4280122<br>SN: 77834480 | January 22, 2013 | Playboy Enterprises International, Inc. |
| RN: 3963330<br>SN: 85005414 | May 17, 2011 | Playboy Enterprises International, Inc. |
| RN: 0871553<br>SN: 72286818 | June 24, 1969 | Playboy Enterprises International, Inc. |
| RN: 0679997<br>SN: 72052490 | June 9, 1959 | Playboy Enterprises International, Inc. |
| RN: 0728889<br>SN: 72117864 | March 20, 1962 | Playboy Enterprises International, Inc. |
| RN: 0873370<br>SN: 72302074 | July 22, 1969 | Playboy Enterprises International, Inc. |
| RN: 0759207<br>SN: 72162258 | October 29, 1963 | Playboy Enterprises International, Inc. |
| RN: 0784504<br>SN: 72192592 | February 2, 1965 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 0791333<br>SN: 72193953 | June 22, 1965 | Playboy Enterprises International, Inc. |
| RN: 4813069<br>SN: 85382787 | September 15, 2015 | Playboy Enterprises International, Inc. |
| RN: 4889760<br>SN: 85528378 | January 19, 2016 | Playboy Enterprises International, Inc. |
| RN: 5401970<br>SN: 86583194 | February 13, 2018 | Playboy Enterprises International, Inc. |
| RN: 5350998<br>SN: 86656955 | December 5, 2017 | Playboy Enterprises International, Inc. |
| RN: 5530694<br>SN: 86928491 | July 31, 2018 | Playboy Enterprises International, Inc. |
| RN: 6185419<br>SN: 87223971 | October 27, 2020 | Playboy Enterprises International, Inc. |
| RN: 6273085<br>SN: 87532773 | February 16, 2021 | Playboy Enterprises International, Inc. |
| RN: 5552179<br>SN: 87552968 | August 28, 2018 | Playboy Enterprises International, Inc. |
| RN: 6142438<br>SN: 88031260 | September 1, 2020 | Playboy Enterprises International, Inc. |
| RN: 6059387<br>SN: 88031252 | May 19, 2020 | Playboy Enterprises International, Inc. |
| RN: 6004261<br>SN: 88976522 | March 3, 2020 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 5638684<br>SN: 87405851 | December 25, 2018 | Playboy Enterprises International, Inc. |
| RN: 5482507<br>SN: 87477826 | May 29, 2018 | Playboy Enterprises International, Inc. |
| RN: 5938489<br>SN: 87477707 | December 17, 2019 | Playboy Enterprises International, Inc. |
| RN: 3012203<br>SN: 78377957 | November 1, 2005 | Playboy Enterprises International, Inc. |
| RN: 3112931<br>SN: 78478860 | July 4, 2006 | Playboy Enterprises International, Inc. |
| RN: 3308169<br>SN: 78405579 | October 9, 2007 | Playboy Enterprises International, Inc. |
| RN: 3406608<br>SN: 78540642 | April 1, 2008 | Playboy Enterprises International, Inc. |
| RN: 3624654<br>SN: 78540645 | May 19, 2009 | Playboy Enterprises International, Inc. |
| RN: 0643926<br>SN: 71686448 | April 9, 1957 | Playboy Enterprises International, Inc. |
| RN: 3332173<br>SN: 78828764 | November 6, 2007 | Playboy Enterprises International, Inc. |
| RN: 3194099<br>SN: 78845206 | January 2, 2007 | Playboy Enterprises International, Inc. |
| RN: 1058294<br>SN: 73067124 | February 8, 1977 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 0761793<br>SN: 72162259 | December 24, 1963 | Playboy Enterprises International, Inc. |
| RN: 1918754<br>SN: 74456176 | September 12, 1995 | Playboy Enterprises International, Inc. |
| RN: 2556438<br>SN: 75562927 | April 2, 2002 | Playboy Enterprises International, Inc. |
| RN: 2709637<br>SN: 75689730 | April 22, 2003 | Playboy Enterprises International, Inc. |
| RN: 2434256<br>SN: 75756329 | March 6, 2001 | Playboy Enterprises International, Inc. |
| RN: 2666917<br>SN: 76005004 | December 24, 2002 | Playboy Enterprises International, Inc. |
| RN: 2719885<br><br>SN: 76263879 | May 27, 2003 | Playboy Enterprises International, Inc. |
| RN: 2759728<br>SN: 76276579 | September 2, 2003 | Playboy Enterprises International, Inc. |
| RN: 2802023<br>SN: 76482822 | January 6, 2004 | Playboy Enterprises International, Inc. |
| RN: 2848639<br>SN: 76435177 | June 1, 2004 | Playboy Enterprises International, Inc. |
| RN: 2867439<br>SN: 76442356 | July 27, 2004 | Playboy Enterprises International, Inc. |
| RN: 2839937<br>SN: 76523689 | May 11, 2004 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 2107307<br>SN: 75195962 | October 21, 1997 | Playboy Enterprises International, Inc. |
| RN: 2177521<br>SN: 75226139 | July 28, 1998 | Playboy Enterprises International, Inc. |
| RN: 3690340<br>SN: 77513118 | September 29, 2009 | Playboy Enterprises International, Inc. |
| RN: 3375827<br>SN: 77215225 | January 29, 2008 | Playboy Enterprises International, Inc. |
| RN: 3375883<br>SN: 77262419 | January 29, 2008 | Playboy Enterprises International, Inc. |
| RN: 5182526<br>SN: 86789388 | April 11, 2017 | Playboy Enterprises International, Inc. |
| RN: 3194120<br>SN: 78849440 | January 2, 2007 | Playboy Enterprises International, Inc. |
| RN: 6620151<br>SN: 90555517 | January 18, 2022 | Playboy Enterprises International, Inc. |
| RN: 3332339<br>SN: 78848323 | November 6, 2007 | Playboy Enterprises International, Inc. |
| RN: 0721987<br>SN: 72040119 | September 26, 1961 | Playboy Enterprises International, Inc. |
| RN: 1393915<br>SN: 73563856 | May 20, 1986 | Playboy Enterprises International, Inc. |
| RN: 2191054<br>SN: 75368959 | September 22, 1998 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 1462762<br>SN: 73619058 | October 27, 1987 | Playboy Enterprises International, Inc. |
| RN: 5311786<br>SN: 86574085 | October 17, 2017 | Playboy Enterprises International, Inc. |
| RN: 3406581<br>SN: 78515538 | April 01, 2008 | Playboy Enterprises International, Inc. |
| RN: 3115166<br>SN: 78478176 | July 11, 2006 | Playboy Enterprises International, Inc. |
| RN: 3225376<br>SN: 76442357 | April 03, 2007 | Playboy Enterprises International, Inc. |
| RN: 4019840<br>SN: 77627745 | August 30, 2011 | Playboy Enterprises International, Inc. |
| RN: 2663899<br>SN: 76005403 | December 17, 2002 | Playboy Enterprises International, Inc. |
| RN: 3225375<br>SN: 76442354 | April 03, 2007 | Playboy Enterprises International, Inc. |
| RN: 3388248<br>SN: 77211930 | February 26, 2008 | Playboy Enterprises International, Inc. |
| RN: 3388327<br>SN: 77215224 | February 26, 2008 | Playboy Enterprises International, Inc. |
| RN: 2114146<br>SN: 75200931 | November 18, 1997 | Playboy Enterprises International, Inc. |
| RN: 2275173<br>SN: 75250900 | September 07, 1999 | Playboy Enterprises International, Inc. |

| App. No./Reg. No. | Registration Date | Owner |
|---|---|---|
| RN: 2356709<br>SN: 75536194 | June 13, 2000 | Playboy Enterprises International, Inc. |
| RN: 5237750<br>SN: 86819874 | July 04, 2017 | Playboy Enterprises International, Inc. |
| RN: 4552599<br>SN: 85812902 | June 17, 2014 | Playboy Enterprises International, Inc. |