CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
LAWRENCE J.H. LIU (SBN 312115)
lawrence@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 1260
Los Angeles, California 90024
Telephone: (424) 254-0441

ANNA KING (*Pro Hac Vice*)
aking@bannerwitcoff.com
KATHERINE LAATSCH FINK (*Pro Hac Vice*)
kfink@bannerwitcoff.com
CHRISTIAN WOLFGRAM (*Pro Hac Vice*)
cwolfgram@bannerwitcoff.com
BANNER WITCOFF
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000

Attorneys for PLAYBOY ENTERPRISES INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> STELLAR ASSOCIATES INC. d/b/a STELLAR COLLECTIBLES, XANDEBAY LLC, and MICHAEL SCHREIBER, <br><br> Defendants. | **Case No. 2:24-cv-06016-MCS-PVCx** <br><br> **JOINT NOTICE OF SETTLEMENT FOR CERTAIN DEFENDANTS** <br><br> **Hon. Mark C. Scarsi** |

1    Pursuant to the Court's February 3, 2025 Order Setting Scheduling Conference
2    (ECF 53), Plaintiff, Playboy Enterprises International, Inc. ("Playboy") and
3    Defendants, Stellar Associates Inc. d/b/a Stellar Collectibles, Xandebay LLC, and
4    Michael Schreiber (collectively, "Stellar"), (Playboy and Stellar, collectively,
5    "Parties"), through their undersigned counsel, jointly provide notice to the Court of
6    the Parties' settlement in principle. The Parties have reached an agreement on all
7    material terms for settlement. The Parties are diligently working to finalize the written
8    agreement and consent judgment, and anticipate finalizing the papers in the coming
9    days.

10   The Parties respectfully request that the Court extend the deadline for the
11   Parties to file a Rule 26(f) Report until March 24, 2025, to allow the Parties time to
12   finalize the written settlement agreement. The Parties will promptly notify the Court
13   once the written settlement agreement is finalized.

Dated: March 17, 2025                **Banner Witcoff, Ltd.**

By      */s/ Katherine Laatsch Fink*
        Anna King
        Katherine Laatsch Fink
        Attorneys for Plaintiff
        Playboy Enterprises International, Inc.

**Law Offices of Lincoln Bandlow, P.C.**

By      */s/ Lincoln Bandlow (with permission)*
        Lincoln Bandlow
        Attorney for Defendants
        Stellar Associates Inc.,
        Xandebay LLC and
        Michael Schreiber

**PROOF OF SERVICE**

The undersigned certifies that on March 17, 2025, the foregoing document **JOINT NOTICE OF SETTLEMENT** was filed through the Court's CM/ECF system, and that a true and correct copy was thereby caused to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Katherine Laatsch Fink*